# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

GARLAND VANDERBILT,                                                                  PLAINTIFF
ADC # 137333

v.                                      4:22CV01108-BRW-JTK

ARKANSAS DEPARTMENT OF CORRECTIONS                                      DEFENDANT

## ORDER

Garland Vanderbilt ("Plaintiff") is an inmate who filed a pro se Complaint alleging violations of his rights. (Doc. No. 1). Because Plaintiff did not pay the $402.00 filing and administrative fees or submit a motion to proceed in forma pauperis ("IFP Motion"), the Court directed him to do one or the other within 30 days. (Doc. No. 2). Plaintiff now has filed an IFP Motion. (Doc. No. 3). For the reasons explained below, Plaintiff's IFP Motion (Doc. No. 3) is DENIED.

A prisoner who is unable to pay the filing and administrative fee to commence a lawsuit in this Court may be granted in forma pauperis status, which allows for the payment of the statutory filling fee over time in installments. 28 U.S.C. §§ 1915(a)(2), (b)(1)-(2). Plaintiff's calculation sheet and certificate of prisoner account indicate that Plaintiff is able to pay the filing and administrative fee in full. (Doc. No. 3). According to Plaintiff's calculation sheet, he had total balances for the last six months in the amount of $11,948.65. (Id.). And Plaintiff's current account balance is $1,133.91. (Id.). Further, Plaintiff did not submit the required "affidavit that includes a statement of all assets such prisoner possesses . . . ." 28 U.S.C. § 1915(a)(1). Accordingly, Plaintiff's IFP Motion (Doc. No. 3) is denied.

If Plaintiff wishes to continue with this lawsuit, Plaintiff must submit, within thirty (30) days of the entry of this Order, the $402 statutory filing and administrative fees. If he does not do so, the Court will recommend this case be dismissed without prejudice for failure to prosecute.

IT IS THEREFORE ORDERED that:

1. Plaintiff's IFP Motion (Doc. No. 3) is DENIED.

2. If Plaintiff wishes to continue with this lawsuit, Plaintiff must submit the $402 statutory filing and administrative fee within thirty (30) days of the entry date of this Order.[1] If Plaintiff does not do so, the Court will recommend this case be dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED this 20th day of December, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is hereby notified of his responsibility to comply with the Local Rules of the Court, including Rule 5.5(c)(2), which states, in part: "If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."