# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

GARLAND VANDERBILT,                                                                             PLAINTIFF
ADC # 137333

v.                                       4:22CV01108-BRW-JTK

ARKANSAS DEPARTMENT OF
CORRECTIONS                                                              DEFENDANT

## ORDER

Having reviewed Gary Vanderbilt's ("Plaintiff") Amended Complaint (Doc. Nos. 7, 8) for screening purposes,[1] the Court concludes service of Plaintiff's retaliation claim against Defendant Kenneth Tate is appropriate.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summons for Defendant Kenneth Tate. The United States Marshal shall serve a copy of the Amended Complaint (Doc. Nos. 7, 8), Summons, and this Order on Defendant Tate without prepayment of fees and costs or security therefore. Service should be attempted through the ADC Compliance Office, P.O. Box 20550, Pine Bluff, Arkansas 71612.

IT IS SO ORDERED this 28th day of February, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).