# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**GARLAND VANDERBILT,**                                                  **PLAINTIFF**
**ADC # 137333**

**VS.**                  **4:22-CV-01108-BRW-JTK**

**ARKANSAS DEPARTMENT OF**
**CORRECTIONS,** *et al.*                                       **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

1. Plaintiff's official capacity damages claims are DISMISSED without prejudice for failure to state a claim on which relief may be granted.

2. Plaintiff's failure to protect claims are DISMISSED without prejudice for failure to state a claim on which relief may be granted.

3. Plaintiff's grievance-and-investigation-related claims are DISMISSED without prejudice for failure to state a claim on which relief may be granted.

4. Defendants Arkansas Department of Corrections, Miller, Cobbs, Page, and Reed are DISMISSED as parties to this action.

DATED this 20th day of March, 2023.

                                                             BILLY ROY WILSON
                                                    UNITED STATES DISTRICT JUDGE