IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GARLAND VANDERBILT,**     **PLAINTIFF**
ADC # 137333

VS.     4:22-CV-01108-BRW-JTK

**ARKANSAS DEPARTMENT OF
CORRECTIONS,** *et al.*     **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. After carefully considering Mr. Vanderbilt's timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

Accordingly, Defendant Tate's Motion for Summary Judgment (Doc. No. 36) is GRANTED and Plaintiff's claims against Defendant Tate are DISMISSED with prejudice. Plaintiff's Motion for Summary Judgment (Doc. No. 46) is DENIED. This case is DISMISSED.

IT IS SO ORDERED this 2nd day of April, 2024.

                            *Billy Roy Wilson*
                            UNITED STATES DISTRICT JUDGE